UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-5-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER CLARK ARTHUR | ) | |

The Grand Jury charges that:

On or about May 5, 2021, in the Eastern District of North Carolina, the defendant, CHRISTOPHER CLARK ARTHUR, did teach and demonstrate to a person known to the Grand Jury the making and use of an explosive, a destructive device, and a weapon of mass destruction, knowing that such person intended to use the teaching, demonstration, and information for and in the furtherance of an activity that constituted a Federal crime of violence, to wit, the murder and attempted murder of federal law enforcement in violation of 18 U.S.C. § 1114, all in violation of Title 18, United States Code Sections 842(p)(2)(B) and 844.

1

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of 18 U.S.C. §§ 842 or 844 charged herein, or conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

*REDACTED VERSION*
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

1-4-2022
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

*Barbara D. Kocher*
BY: BARBARA D. KOCHER
Assistant United States Attorney