FILED IN OPEN COURT
ON 1/4/2022 CB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-5-1D(3)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) ORDER TO SEAL |
| ONE-COUNT | ) INDICTMENT |
| INDICTMENT PRESENTED ON | ) |
| JANUARY 4, 2022 (C.C.A.) | ) |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 4, 2022, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney, Federal Bureau of Investigations, and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment when the defendant is apprehended or upon motion of the United States Attorney, whichever event occurs first.

This the 4th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE