UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_Southern_ DIVISION
NO. 7:22-CR-5-D

FILED
JAN 26 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>CHRISTOPHER ARTHUR | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, pursuant to the provisions of Local Rule 44.1 (b), that the undersigned attorney, having been retained to represent the Defendant in the above-captioned case as counsel, hereby enters his appearance therein.

FURTHERMORE, by filing of this Notice of Appearance, the undersigned attorney certifies that a copy of said Notice has been delivered to:

Barbara Kocher
U. S. Attorney's Office
150 Fayetteville St.
Suite 2100
Raleigh, NC 27601
Barb.kocher@usdoj.gov

Respectfully submitted this the 26th day of January, 2022.

THE CHETSON FIRM, PLLC

/s/ Damon Chetson
Damon J. Chetson (Retained)
Counsel for the Defendant
NC Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 249-1396
E-Mail: damon@chetson.com