AO 442 (Rev. 12/85) Warrant for Arrest 

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER CLARK ARTHUR

RECEIVED JAN 0 5 2022 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 7:22-CR-00005-1D(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**CHRISTOPHER CLARK ARTHUR** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 842(p)2)(B) and 844: Distribution of Information Relating to Explosives

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer / Deputy Clerk

Clerk of Court
Title of Issuing Officer

JANUARY 4, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Wilmington, NC |

| DATE RECEIVED 1/5/22 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 1/31/22 | FBI G. Garey (on behalf) | |

FILED
FEB 01 2022
PETER A. MOORE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK