IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-5-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER CLARK ARTHUR, | ) | |
| | ) | |
| Defendant. | ) | |

On February 19, 2022, Christopher Clark Arthur appealed Magistrate Judge Jones's detention order of February 18, 2022. See [D.E. 21]. On February 28, 2022, the United States responded in opposition. See [D.E. 22].

The court has reviewed the parties' arguments and the record de novo. The court AFFIRMS Judge Jones's order of February 18, 2022 and DENIES Arthur's motion [D.E. 21]. See 18 U.S.C. § 3142(e), (f), (g), (i).

SO ORDERED. This _3_ day of March, 2022.

JAMES C. DEVER III
United States District Judge