UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-5-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER ARTHUR | ORDER |

This matter having come before the Court on a motion by Counsel for Christopher Arthur to continue the arraignment and extend filing deadlines, and for good cause shown, it is hereby ORDERED that the arraignment in this matter shall be continued until the **June 2022** Term of Court. The court extends pretrial motions to **April 8, 2022**, by which the Defendant must file pretrial motions and to **April 22, 2022** by which the Government must file its reply.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED. This the **8** day of **March** 2022.

James C. Dever III
UNITED STATES DISTRICT JUDGE