UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:22-CR-5-1D

UNITED STATES OF AMERICA

v.

CHRISTOPHER ARTHUR

**ORDER**

UPON DEFENSE COUNSEL'S MOTION TO WITHDRAW the Court hereby ALLOWS the Attorney Damon Chetson to withdraw as attorney of record in this matter. The Court further orders that the Defendant be declared indigent and the Office of the Federal Public Defender appoint new counsel to represent the Defendant.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO, ORDERED. This the ___4___ day of ___May___ 2022.

_____
James C. Dever III
UNITED STATES DISTRICT JUDGE