IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 7:22-CR-5-D

**United States of America,**

v.

**Christopher Clark Arthur,**

Defendant.

**Consent to Proceed Before a United States Magistrate Judge**

I, the defendant in this action, understand that I have the right to appear before a United States District Judge for arraignment; entry of a plea; and, if pleading guilty, adjudication of my guilt.

After speaking with my attorney, I have decided to waive my right to appear before a United States District Judge for those proceedings. I consent to have a United States Magistrate Judge conduct the proceedings described in Rules 10 and 11 of the Federal Rules of Criminal Procedure, including, if applicable, the acceptance of a guilty plea and adjudication of my guilt. My decision to consent is voluntary and not the result of any threats or promise.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Defendant

_____
Defense Counsel

Accepted:

9/15/22
Date

Robert T. Numbers, II
United States Magistrate Judge