UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

CELL PHONES ARE PROHIBITED IN THE COURTROOM.

CRIMINAL SESSION COMMENCING ON
FRIDAY, JUNE 23, 2023

Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.

**FRIDAY, JUNE 23, 2023 AT 9:00 AM**
**INTERPRETER**
**SENTENCING**
**MEDINA-BELTRAN,** Ivan Leonardo                                4:22-CR-75-1D
    AUSA: Caroline Webb/ Katherine Englander
    ATTY: Deirdre Murray

**FRIDAY, JUNE 23, 2023 AT 9:30 AM**
**INTERPRETER**
**SENTENCING**
**PEREZ,** Toribio Antonio                                       5:21-CR-394-20D
    AUSA: Sebastian Kielmanovich
    ATTY: Myron Hill Jr.

**FRIDAY, JUNE 23, 2023 AT 10:00 AM**
**INTERPRETER**
**SENTENCING**
**FUNEZ,** Jefferson Marin                                       7:21-CR-138-3D
    AUSA: Caroline Webb
    ATTY: William Finn Jr.

**FRIDAY, JUNE 23, 2023 AT 10:30 AM**
**SENTENCING**
**WILLIAMS,** Shakeem                                        2:20-CR-41-1D
    AUSA: Ethan Ontjes
    ATTY: Joseph Ross II

**FRIDAY, JUNE 23, 2023 AT 11:00 AM**
**SENTENCING**
**THORTON,** Ricardo                                         4:22-CR-26-1D
    AUSA: Bradford Knott
    ATTY: Paul Sun Jr./ Kelly Dagger

**FRIDAY, JUNE 23, 2023 AT 11:30 AM**
**SENTENCING**
**HEATH,** Connor Grey                                       4:22-CR-77-1D
    AUSA: Caroline Webb/ Katherine Englander
    ATTY: Mitchell Styers

**FRIDAY, JUNE 23, 2023 AT ==1:00 PM==**
**SENTENCING**
**WILLIAMS,** Christopher Montrell                           5:20-CR-43-1D
    AUSA: Jennifer Nucci
    ATTY: Nardine Guirguis

**FRIDAY, JUNE 23, 2023 AT 1:30 PM**
**SENTENCING**
**REBOLLAR,** Raul                                           5:21-CR-91-1D
    AUSA: Sebastian Kielmanovich
    ATTY: James Todd Jr.

**FRIDAY, JUNE 23, 2023 AT 2:00 PM**
**SENTENCING**
**VALEZ,** Ivan                                              5:21-CR-214-1D
    AUSA: Bryan Stephany
    ATTY: Scott Wilkinson

**FRIDAY, JUNE 23, 2023 AT 2:30 PM**
**SENTENCING**
**GORHAM,** Jymonica Arnez                                   5:21-CR-394-7D
    AUSA: Sebastian Kielmanovich
    ATTY: Elisa Salmon

**FRIDAY, JUNE 23, 2023 AT 3:00 PM**
**SENTENCING**
**HARRISON,** Anastasia Chante                                           5:21-CR-394-17D
    AUSA: Sebastian Kielmanovich
    ATTY: Hayes Ludlum

**FRIDAY, JUNE 23, 2023 AT 3:30 PM**
**SENTENCING**
**ZUGHBI,** Amer Mohammed                                                5:21-CR-394-19D
    AUSA: Sebastian Kielmanovich
    ATTY: Kelly Greene

**FRIDAY, JUNE 23, 2023 AT 4:00 PM**
**SENTENCING**
**PEREZ,** Francisco Odalis                                              5:21-CR-394-21D
    AUSA: Sebastian Kielmanovich
    ATTY: Richard Croutharmel

**MONDAY, JUNE 26, 2023 AT 9:00 AM**
**SENTENCING**
**AEZAH,** Abdulla Mohamed                                               5:21-CR-394-24D
    AUSA: Sebastian Kielmanovich
    ATTY: R. Andrew McCoppin

**MONDAY, JUNE 26, 2023 AT 9:30 AM**
**SENTENCING**
**JOHNSON JR.,** William Henry                                           5:22-CR-140-4D
    AUSA: Nicholas Hartigan
    ATTY: Paul Sun Jr./ Kelly Dagger

**MONDAY, JUNE 26, 2023 AT 10:00 AM**
**SENTENCING**
**DEARBORN JR.,** Eric Vu                                                5:22-CR-294-1D
    AUSA: Dennis Duffy
    ATTY: Christian Dysart/ Geoffrey Willis

**MONDAY, JUNE 26, 2023 AT 10:30 AM**
**SENTENCING**
**NUNEZ,** Mayer Oleda                                                   5:22-CR-303-1D
    AUSA: Bradford Knott
    ATTY: David Long

**MONDAY, JUNE 26, 2023 AT 11:00 AM**
**SENTENCING**
**RICHARDSON,** Tovis Ation				5:22-CR-313-1D
    AUSA: Casey Peaden
    ATTY: Christian Dysart/ Geoffrey Willis

**MONDAY, JUNE 26, 2023 AT 11:30 AM**
**SENTENCING**
**NEAVES,** Joshua				5:22-CR-315-1D
    AUSA: Bradford Knott
    ATTY: Christian Dysart/ Geoffrey Willis

**MONDAY, JUNE 26, 2023 AT <mark>1:00 PM</mark>**
**SENTENCING**
**ARROYO-HERNANDEZ,** Raymundo				5:22-CR-317-1D
    AUSA: Sebastian Kielmanovich
    ATTY: James Todd Jr.

**MONDAY, JUNE 26, 2023 AT 1:30 PM**
**SENTENCING**
**HOOKS,** Nekita Donvae				5:23-CR-25-1D
    AUSA: David Beraka
    ATTY: Mark Stewart

**MONDAY, JUNE 26, 2023 AT 2:00 PM**
**SENTENCING**
**MISIAK,** Troy Lynn				5:23-CR-48-1D
    AUSA: Lori Warlick
    ATTY: Gerald Beaver

**MONDAY, JUNE 26, 2023 AT 2:30 PM**
**SENTENCING**
**WELLMAN,** Corey				7:20-CR-184-1D
    AUSA: Chad Rhoades
    ATTY: Damon Chetson

**MONDAY, JUNE 26, 2023 AT 3:00 PM**
**SENTENCING**
**MCNEILL,** Kaution				7:20-CR-184-4D
    AUSA: Chad Rhoades
    ATTY: Kelly Dagger/ Paul Sun Jr.

**TUESDAY, JUNE 27, 2023 AT 9:00 AM**
**REVOCATION OF SUPERVISED RELEASE**
**WALKER,** Lemeyon Clashaun                                    2:19-CR-4-1D
    AUSA: Jennifer Nucci
    ATTY: Cindy Johnson


**TUESDAY, JUNE 27, 2023 AT 9:30 AM**
**REVOCATION OF SUPERVISED RELEASE**
**EDWARDS,** Tishawn Jermaine                                    4:18-CR-41-1D
    AUSA: Sebastian Kielmanovich
    ATTY: Paul Downing


**TUESDAY, JUNE 27, 2023 AT 10:00 AM**
**REVOCATION OF SUPERVISED RELEASE**
**ALVEAR,** Sergio Ezequiel                                    5:19-CR-99-1D
    AUSA: Bradford Knott
    ATTY: Cindy Johnson


**TUESDAY, JUNE 27, 2023 AT 1:00 PM**
**PRETRIAL CONFERENCE**
**ARTHUR,** Christopher Clark                                    7:22-CR-5-1D
    AUSA: Barbara Kocher
    ATTY: Edward Gray


**MONDAY, JULY 17, 2023 AT 9:00 AM**
**REVOCATION OF SUPERVISED RELEASE**
**KNOTT,** Qwmaine Raekwon                                    5:19-CR-482-1D
    AUSA: John Newby
    ATTY: Cindy Johnson


**MONDAY, JULY 17, 2023 AT 9:30 AM**
**REVOCATION OF SUPERVISED RELEASE**
**CAUDLE,** Elijah Devon                                    5:19-CR-510-1D
    AUSA: Caroline Webb
    ATTY: Edward Gray


**MONDAY, JULY 17, 2023 AT 10:00 AM**
**REVOCATION OF SUPERVISED RELEASE**
**BAILEY,** Andre Lamont                                    7:22-CR-52-1D
    AUSA: Lisa Labresh
    ATTY: Cindy Johnson

**<mark>MONDAY, JULY 10, 2023 AT 10:00 AM</mark>**
**JURY SELECTION & TRIAL**
**ARTHUR,** Christopher Clark                                      7:22-CR-5-1D
     AUSA: Barbara Kocher
     ATTY: Edward Gray