IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-0005-D

UNITED STATES OF AMERICA        :
                                :
            v.                  :        **PROTECTIVE ORDER**
                                :
CHRISTOPHER CLARK ARTHUR        :
                                :

To facilitate the prompt resolution of potential disputes over the confidentiality of identification and identifying information of witnesses to be provided pre-trial by the Government to the Defendant, and to adequately protect information entitled to be kept confidential, it is, pursuant to the Court's authority under Federal Rule of Criminal 16(d), hereby ORDERED as follows:

1. Counsel for the Defendant, and anyone else directly or indirectly receiving identification and identifying information of witnesses from the Government shall not copy, disclose, or otherwise make available any such documents or information from those documents to any person who is not an attorney or staff member of counsel's office who is then working on this case, to someone counsel's office is then employing or contracting with to work on this case, or to the Defendant, as limited below. Counsel shall not provide any of the foregoing individuals the discovery in this case without their agreement to be bound by the terms of this order.

2. The Defendant may have access to and view such documents or information from those documents only in the presence of Counsel for the Defendant

1

or staff member from counsel's office and shall not be provided any written copies of the documents or printed information therefrom. The Defendant may not duplicate, disseminate or otherwise share the content of the documents or the information contained therein. Similarly, the Defendant shall not write down or otherwise record the information from the documents without obtaining further order of this Court.

3. The material provided by the Government subject to this Order may be utilized by counsel for the Defendant solely in connection with the trial, sentencing, direct appeal, and collateral attack of this case and for no other purpose and in connection with no other proceeding. No additional copies of the discovery material shall be made except as necessary for those purposes, or as expressly set forth in paragraph two above. Any copies shall be treated in the same manner as the original material.

4 The parties shall comply with all statutes, regulations, and rules pertaining to the disclosure of personally identifying information, including Federal Rule of Criminal Procedure 49.1. The parties shall not file personal identity information with, or submit such information to, the Court or reproduce such information's contents in any court filing unless the filing is placed under seal, with the Court's consent, or otherwise complies with Federal Rule of Criminal Procedure 49.1.

5. This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

2

DONE AND ORDERED this ___27___ day of June, 2023

_____
JAMES C. DEVER
United States District Judge

3