IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-5-D

UNITED STATES OF AMERICA )
)
v. ) **VERDICT FORM**
)
CHRISTOPHER CLARK ARTHUR, )
)
Defendant. )

## COUNT ONE

On count one of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT TWO

On count two of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT THREE

On count three of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT FOUR

On count four of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT FIVE

On count five of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT SIX

On count six of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT SEVEN

On count seven of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT EIGHT

On count eight of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

____ Not Guilty

__X__ Guilty

## COUNT NINE

On count nine of the indictment, we, the Jury, unanimously find the defendant, Christopher Clark Arthur:

____ Not Guilty

__X__ Guilty

So say we all, this 12th day of July, 2023.

**REDACTED VERSION**
Persuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

**Signature of Foreperson**