UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00005-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CLARK ARTHUR | ORDER |

The Court hereby GRANTS Defendant's motion to continue sentencing hearing. The Sentencing hearing shall be reset to **December 2023** term.

SO ORDERED, this **26** day of September, 2023.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge