UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00005-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |
| CHRISTOPHER CLARK ARTHUR, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Christopher Clark Arthur, by and through Counsel hereby moves the Court to continue the sentencing hearing in the above-captioned case to the court's March 2024 term of court, or at a later time the court deems appropriate. In support of this motion, Mr. Arthur states the following:

1. Mr. Arthur was named in a nine-count Superseding Indictment filed on March 02, 2022, charging him with one count of Distribution of Information Relating to Explosives, in violation of Title 18, U.S.C. §§ 842(p)(2)(B) and 844; counts two-eight Possession of Unregistered Devices, in violation of Title 26, U.S.C. §5861(d); and count nine: Possession of Firearm with an obliterated Serial Number, in violation of Title 18, U.S.C. §§ 922(k) and 924 (a)(1)(B).

2. The Office of the Federal Public Defender was appointed to represent Mr. Arthur on May 4, 2022 and defense counsel entered his notice of appearance on May 9, 2022.

3. On July 12, 2023, a jury returned a verdict finding of Guilty as to counts 1-9.

4. Mr. Arthur is currently in the custody of the United States Marshals and is being held at the Bladen County Jail.

5. The sentencing for this matter is currently set for January 24, 2024 in Raleigh.

6. Additional time is needed to provide materials for sentencing. Once this supplemental data is obtained, additional time will be needed by the government to respond as appropriate.

7. Furthermore, additional time is needed to provide mitigation materials for consideration by the court.

8. Accordingly, defense counsel respectfully requests that the sentencing hearing be moved to the Court's March 2024 term of court.

9. Assistant United States Attorney Barbara Kocher has been contacted and has no opposition to the request herein.

10. This motion is made in good faith and not for the purposes of delay. Neither the government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, Defendant Arthur respectfully requests that the sentencing in this matter be continued to the court's March 2024 term of court, or at a later date the court deems appropriate. The ends of justice served by this motion outweigh the interests of the public and the defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 16th day of January, 2024

    G. ALAN DUBOIS
    Federal Public Defender

    /s/ Edward D. Gray
    EDWARD D. GRAY
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    E-mail: Edward_Gray@fd.org
    N.C. State Bar No. 37539
    LR 57.1 Counsel Appointed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Barbara D. Kocher
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4530

by electronically filing the foregoing with the Clerk of Court on January 16, 2024, using the CM/ECF system which will send notification of such filing to the above.

This the 16th day of January, 2024.

/s/ Edward D. Gray
EDWARD D. GRAY
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Edward_Gray@fd.org
N.C. State Bar No. 37539
LR 57.1 Counsel Appointed