UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00005-D-1

| UNITED STATES OF AMERICA | ORDER |
| v. | |
| CHRISTOPHER CLARK ARTHUR | |

The Court hereby GRANTS Defendant's motion to continue sentencing hearing.

The Sentencing hearing shall be reset to the _____ term.

SO ORDERED, this _____ day of January, 2024.

_____
JAMES C. DEVER, III
United States District Judge