# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 06/07/24
- [✓] First NOA in Case
- [ ] Subsequent NOA-same party
- [ ] Subsequent NOA-new party
- [ ] Subsequent NOA-cross appeal
- [ ] Paper ROA   [ ] Paper Supp.
- Vols: _____
- Other: _____

**District:** Eastern District of North Carolina
**Division:** Southern
**Caption:** USA v. Christopher Arthur

**District Case No.:** 7:22-CR-5-1D
**4CCA No(s). for any prior NOA:**
**4CCA Case Manager:**

**Exceptional Circumstances:** [ ] Bail  [ ] Interlocutory  [ ] Recalcitrant Witness  [ ] Other _____

**Confinement-Criminal Case:**
- [ ] Death row-use DP Transmittal
- [ ] Recalcitrant witness
- [✓] In custody
- [ ] On bond
- [ ] On probation

**Defendant Address-Criminal Case:**
Pending BOP designation

**District Judge:** James C. Dever, II

**Court Reporter** (list all):
Amy Condon
FTR Gold

**Coordinator:** Shelia Foell

**Fee Status:**
- [ ] No fee required (USA appeal)
- [ ] Appeal fees paid in full
- [✓] Fee not paid

**Criminal Cases:**
- [✓] District court granted & did not revoke CJA status (continues on appeal)
- [ ] District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- [ ] District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- [ ] Court granted & did not revoke IFP status (continues on appeal)
- [ ] Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- [ ] Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- [ ] Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- [ ] Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- [✓] Portions of record under seal
- [ ] Entire record under seal
- [ ] Party names under seal
- [ ] Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- [ ] Assembled electronic record transmitted
- [ ] Additional sealed record emailed to 4cca-filing
- [ ] Paper record or supplement shipped to 4CCA
- [ ] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [ ] In-court hearings held – all transcript not on file
- [ ] Other:

**Record Status for Counseled Appeals** (check any applicable):
- [✓] Assembled electronic record available if requested
- [ ] Additional sealed record available if requested
- [ ] Paper record or supplement available if requested
- [ ] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [✓] In-court hearings held – all transcript not on file
- [ ] Other:

**Deputy Clerk:** Shelia Foell   **Phone:** 252-830-2330   **Date:** 06/07/24

01/2012